```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                              Plaintiff,                    :
                                                            :      15 Cr. 519-01 (LGS)
                  -against-                                 :
                                                            :      ORDER
   ARJENIS CARMONA,                                         :
                              Defendant,                    :
-------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Evelyn White's sentencing hearing previously scheduled for November 10, 2015 at 4:30 p.m., shall be adjourned to **November 10, 2015 at 4:00 p.m.**, due to a conflict in the Court's schedule. All other dates shall remain in effect.

Dated: September 14, 2015
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE